No. 01–7375. HAROLD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7376. GREEN v. HODGES, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–7377. DEL TORO v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7380. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7381. COATES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7382. CHISHOLM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7383. ETHINGTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–7384. DAUMY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7385. BURDICK v. MAINE. Sup. Jud. Ct. Maine. Certiorari denied.

No. 01–7390. OSUJI v. DOCTOR'S ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied.

No. 01–7391. ROYBAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7392. NGHIA LE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7393. HYLAND v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–7394. CURRO v. NEW YORK. Sup. Ct. N. Y., Kings County. Certiorari denied.

No. 01–7397. VINH HUU NGUYEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7398. GLOVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.